## FAIRPORT, PAINESVILLE & EASTERN RD CO v MEREDITH

Ohio Appeals, 7th Dist, Lake Co

Decided July 24, 1933

Alvord, Blakely & Ostrander, Painesville, and Harry T. Nolan, Painesville, for plaintiff in error.

Anderson & Lamb, Cleveland, for defendant in error.

For. full opinion see 39 OLR 463; 189 NE 10; 46 Oh Ap 457.